AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| CHRISTOPHER WARE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:16-cv-06519 |
| HP INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CHRISTOPHER WARE (Plaintiff)                                                                        .

Date:   12/08/2016

/s/ Kyla J. Gibboney
*Attorney's signature*

Kyla J. Gibboney, Bar No. 301441
*Printed name and bar number*

JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, CA  94111
*Address*

kgibboney@saverilawfirm.com
*E-mail address*

(415) 500-6800
*Telephone number*

(415) 395-9940
*FAX number*