# UNITED STATES DISTRICT COURT
for the
Northern District of California

| CHRISTOPHER WARE | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:16-cv-06519 |
| HP INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CHRISTOPHER WARE (Plaintiff).

Date: 12/08/2016

/s/ Nicomedes S. Herrera
*Attorney's signature*

Nicomedes S. Herrera, Bar No. 275332
*Printed name and bar number*

JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
*Address*

nherrera@saverilawfirm.com
*E-mail address*

(415) 500-6800
*Telephone number*

(415) 395-9940
*FAX number*