Joseph R. Saveri (State Bar No. 130064)
Nicomedes S. Herrera (State Bar No. 275332)
Kyla J. Gibboney (State Bar No. 301441)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
Email:       jsaveri@saverilawfirm.com
             nherrera@saverilawfirm.com
             kgibboney@saverilawfirm.com

Daniel R. Karon (*pro hac vice* pending)
KARON LLC
700 W. St. Clair Avenue, Ste. 200
Cleveland, Ohio 44113
Telephone:  (216) 622-1851
Facsimile:  (216) 241-8175
Email:   dkaron@karonllc.com

Vincent J. Esades (*pro hac vice* pending)
HEINS MILLS & OLSON, PLC
310 Clifton Avenue
Minneapolis, Minnesota 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Email:   vesades@heinsmills.com

*Attorneys for Individual and Representative Plaintiff Christopher Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER WARE,** individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>**HP INC.,**<br><br>             Defendant. | Case No. 5:16-cv-06519-NC<br><br>**PLAINTIFF'S CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br><br>(Civil Local Rule 3-15) |

1  Plaintiff Christopher Ware ("Plaintiff"), individually and on behalf of all others similarly situated, submits this Certification of Non-Party Interested Entities or Persons.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest for Plaintiff to report.

Dated:  December 12, 2016

JOSEPH SAVERI LAW FIRM, INC.

By:      */s/ Joseph R. Saveri*
        Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Nicomedes Sy Herrera (State Bar No. 275332)
Kyla J. Gibboney (State Bar No. 301441)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
Email:   jsaveri@saverilawfirm.com
        nherrera@saverilawfirm.com
        kgibboney@saverilawfirm.com

Daniel R. Karon (*pro hac vice* pending)
KARON LLC
700 W. St. Clair Avenue, Ste. 200
Cleveland, Ohio 44113
Telephone:  (216) 622-1851
Facsimile:  (216) 241-8175
Email:   dkaron@karonllc.com

Vincent J. Esades (*pro hac vice* pending)
HEINS MILLS & OLSON, PLC
310 Clifton Avenue
Minneapolis, Minnesota 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Email:   vesades@heinsmills.com

*Attorneys for Individual and Representative Plaintiff Christopher Ware*