| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
|   | Nicomedes S. Herrera (State Bar No. 275332) |
| 2 | Kyla J. Gibboney (State Bar No. 301441) |
|   | JOSEPH SAVERI LAW FIRM, INC. |
| 3 | 555 Montgomery Street, Suite 1210 |
|   | San Francisco, California 94111 |
| 4 | Telephone: (415) 500-6800 |
|   | Facsimile: (415) 395-9940 |
| 5 | Email:   jsaveri@saverilawfirm.com |
|   |          nherrera@saverilawfirm.com |
| 6 |          kgibboney@saverilawfirm.com |

Daniel R. Karon (*pro hac vice* pending)
KARON LLC
700 W. St. Clair Avenue, Ste. 200
Cleveland, Ohio 44113
Telephone: (216) 622-1851
Facsimile: (216) 241-8175
Email:   dkaron@karonllc.com

Vincent J. Esades (*pro hac vice* pending)
HEINS MILLS & OLSON, PLC
310 Clifton Avenue
Minneapolis, Minnesota 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Email:   vesades@heinsmills.com

*Attorneys for Individual and Representative
Plaintiff Christopher Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER WARE,** | Case No. 5:16-cv-06519-LHK |
| Plaintiff, individually and on behalf of all others similarly situated, | **STIPULATION AND [PROPOSED] ORDER REGARDING APPLICABILITY OF HP INC.'S MOTION TO DISMISS IN RELATED CASE** |
| v. | |
| **HP INC.,** | Local Rule 7-12 |
| Defendant. | |

1    Plaintiff Christopher Ware ("Ware") and Defendant HP Inc. ("HP") (collectively, the
2    "Parties"), by and through their respective counsel, jointly stipulate as follows:
3    WHEREAS this Court held the Initial Case Management Conference for the above-captioned
4    case and related case *San Miguel et al. v. HP Inc.*, Case No. 5:16-cv-05820-LHK, on January 18, 2017;
5    WHEREAS this Court requested, and the parties stipulated, to consolidate the above-captioned
6    case with *San Miguel*;
7    WHEREAS Defendant filed a Motion to Dismiss *San Miguel* on December 7, 2016 ("*San Miguel*
8    Motion to Dismiss"), No. 16-cv-5820, at Dkt. No. 19;
9    WHEREAS this Court requested that the parties stipulate as to the effect the Court's decision
10   regarding the *San Miguel* Motion to Dismiss will have on Plaintiff Ware's claims;
11   WHEREAS, a related case styled *Doty v. HP, Inc.*, No. 5:16-cv-02063-CJC (C.D. Cal.) is
12   currently proceeding in the United States District Court for the Central District of California;
13   WHEREAS, the plaintiffs in the *San Miguel* and *Ware* actions have reached an agreement with
14   the plaintiff in the *Doty* action to coordinate their litigation efforts, and as part of that agreement
15   plaintiff Doty has agreed to pursue his case in the Northern District of California instead of the Central
16   District of California;
17   WHEREAS, in light of the related plaintiffs' agreement to pursue their cases in the Northern
18   District of California, Defendant has consented to the transfer of the *Doty* action to the Northern
19   District of California pursuant to 28 U.S.C. § 1404(a);
20   WHEREAS, the parties thus anticipate that the *Doty* action will be transferred to the Northern
21   District and consolidated with the related cases currently pending before this Court; and
22   WHEREAS, in accordance with Local Rule 5-1(i)(3), all signatories listed below on whose behalf
23   this filing is submitted concur in the contents hereof and have authorized its filing, and the filer so
24   attests;
25   **NOW THEREFORE**, the Parties stipulate that, if the *Doty* action is transferred to the
26   Northern District of California and consolidated with the related cases pending before the Court, the
27   parties will cooperate in the filing of a consolidated amended complaint that will moot the pending *San
28   Miguel* Motion to Dismiss. If the *Doty* action is not transferred or consolidated with the related cases

currently pending before the Court, and the *San Miguel* Motion to Dismiss is not otherwise rendered moot, then the parties stipulate that the decision of the Court with respect to the *San Miguel* Motion to Dismiss will apply to the complaint in this case, except to the extent the reason for the decision by its terms determines an issue applicable only to the *San Miguel* plaintiffs' claims, and not to Ware's claims, such that the Court determines its ruling should be limited to the *San Miguel* action only.

Dated:  January 25, 2017

JOSEPH SAVERI LAW FIRM, INC.

By: _____/s/ Joseph R. Saveri_____
       Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Nicomedes Sy Herrera (State Bar No. 275332)
Kyla J. Gibboney (State Bar No. 301441)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
Email:   jsaveri@saverilawfirm.com
             nherrera@saverilawfirm.com
             kgibboney@saverilawfirm.com

Daniel R. Karon (*pro hac vice* pending)
KARON LLC
700 W. St. Clair Avenue, Ste. 200
Cleveland, Ohio 44113
Telephone:  (216) 622-1851
Facsimile:   (216) 241-8175
Email:   dkaron@karonllc.com

Vincent J. Esades (*pro hac vice* pending)
HEINS MILLS & OLSON, PLC
310 Clifton Avenue
Minneapolis, Minnesota 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Email:   vesades@heinsmills.com

*Attorneys for Individual and Representative Plaintiff Christopher Ware*

Dated: January 25, 2017

Samuel G. Liversidge (SBN 180578)
Rodney J. Stone (SBN 145405)
Jared M. Strumwasser (SBN 275326)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7365
Facsimile: (213) 229-6365
Email:   sliversidge@gibsondunn.com
         rstone@gibsondunn.com
         jstrumwasser@gibsondunn.com

By:   */s/ Jared M. Strumwasser*
      Jared M. Strumwasser

*Attorneys for Defendant HP INC.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January ___, 2017

By: _____
    Honorable Lucy H. Koh

Case No. 5:16-cv-06519-LHK

4

STIPULATION AND [PROPOSED] ORDER REGARDING APPLICABILITY OF HP INC.'S MOTION TO DISMISS IN RELATED CASE